BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932



SEALED

FILED

JUL -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2 11 cr 285 KJM |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(o) - Possession of a Machinegun |
| v. | |
| LUIS CASTRO, | |
| Defendant. | |

## I N D I C T M E N T

The Grand Jury charges: T H A T

LUIS CASTRO,

defendant herein, between in or about 2008 and 2009, in the State and Eastern District of California, did knowingly transfer and possess machineguns, to wit: two Colt M-4 rifles, serial numbers W444024 and W444635, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

[signature]
BENJAMIN B. WAGNER
United States Attorney

1

## PENALTY SLIP

**LUIS CASTRO**

**COUNT 1**
**VIOLATION**: 18 U.S.C. § 922(o) - Possession of a Machinegun
**PENALTY**: Not more than 10 years imprisonment
Not more than $250,000 fine, or both
Not more than 3 years TSR

**PENALTY ASSESSMENT:** Mandatory $100 penalty assessment

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### LUIS CASTRO

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(o) - Possession of a Machinegun

*A true bill,*

_____ /S/ _____
Foreman.

*Filed in open court this* _____ 7 _____ *day*

*of* ____ July ____, *A.D. 20* _11_

_____
Clerk.

*Bail, $* **WARRANT: NO BAIL PENDING HEARING**

_____ Dale A. Drozd _____

GPO 863 525