FILED

July 13, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:11-CR-00285-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LUIS CASTRO , ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS CASTRO  , Case No.  2:11-CR-00285-

KJM  , Charge   Title 18 USC § 922  , from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 50,000

    ✔   Unsecured Appearance Bond (signed by defendant at this time)

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔   (Other)        With pretrial supervision and conditions of release as

                  stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2011  at  2:35  pm  .

By  _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge