# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**UNSEALED**

USA,

v.

**WARRANT FOR ARREST**

LUIS CASTRO,

Case No: 2:11-CR-00285-KJM *SEALED*

2124676

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Luis Castro,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**FILED**

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other

**JUL 14 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

charging him or her with (brief description of offense)

**POSSESSION OF A MACHINE GUN**

in violation of Title  **18**    United States Code, Section(s)  **922**

G. Michel
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

7/7/11        Sacramento
Date and Location

Bail fixed at  **$NO BAIL**    by  **Magistrate Judge Dale A. Drozd**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

7/8/2011
Date Received

BRIAN HESTER
Name and Title of Arresting Officer

7/13/2011
Date of Arrest

_signature_
Signature of Arresting Officer