```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PAUL A. HEMESATH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-0285 KJM |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF RELATED CASES AND |
| v. ) | [PROPOSED] ORDER REASSIGNING |
| ) | CRIMINAL MATTER |
| LUIS CASTRO, ) | |
| ) | [Local Rules 123(a), 123(c)] |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-0467 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEPHEN GOODEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States of America, through its undersigned counsel, hereby notices the Court and the Clerk of the Court that the matter of <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, is related to the case <u>United States v. Gooden</u>, Case No. 2:10-cr-0467 MCE. As a result, the case of <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, should be reassigned to the Honorable Morrison C. England, Jr., based upon the authority set forth below.

The matters are related within the meaning of Eastern District of California Local Rule 123(a). In particular, the Indictment in <u>United States v. Gooden</u>, Case No. 2:10-cr-0467 MCE, charges Stephen GOODEN with possession of machine guns in violation of 18 U.S.C. § 922(o). Based upon the various guilty plea entered in that case, as well as the evidence uncovered as a result of the underlying investigation, it is clear that the discovery, evidence, and witnesses in <u>Gooden</u> arise from the same core nucleus of facts as those underlying the charges in <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM. Specifically, the Indictment in <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, charges Luis CASTRO with possessing the same machine guns charged in the <u>Gooden</u> Indictment. Furthermore, the scheme through which the government alleges GOODEN illegally possessed the machine guns is the exact same scheme by which the government alleges that CASTRO illegally possessed the machine guns, and furthermore, government evidence shows that GOODEN and CASTRO worked together to possess the machine guns.

For these reasons, the two matters are related within the meaning of Local Rule within the meaning of Local Rule 123(a)(2), (3) and (4). In addition, because the <u>Gooden</u> case has resulted in a guilty plea before the Honorable Morrison C. England, Jr., the

matters are related because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

The United States therefore respectfully requests that this Honorable Court (1) relate the criminal Indictment in <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, to the pending Indictment in <u>United States v. Gooden</u>, Case No. 2:10-cr-0467 MCE, and (2) pursuant to Local Rule 123(c) order the Clerk's Office to reassign the Indictment in <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, to the Honorable Morrison C. England, Jr.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 19, 2011     By: <u>/s/ Paul A. Hemesath</u>
                             PAUL A. HEMESATH
                             Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, is related to the Criminal Case captioned <u>United States v. Gooden</u>, Case No. 2:10-cr-0467 MCE, within the meaning of Local Rule 123(a)(2), (3) and (4).

Based upon this finding, pursuant to Local Rule 123(c), **IT IS HEREBY ORDERED** that the Clerk of the Court shall **REASSIGN** <u>United States v. Castro</u>, Case No. 2:11-cr-0285 KJM, to the Honorable Morrison C. England, Jr.

**IT IS SO ORDERED.**

DATED: _____    _____
Honorable Morrison C. England, Jr.
UNITED STATES DISTRICT JUDGE