```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>　　　　　Plaintiff,  <br>v.  <br>LUIS CASTRO,  <br>　　　　　Defendant. | CR. No. 2:11-cr-00285-MCE  <br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE  <br>DATE: February 23, 2012  <br>TIME: 9:00 a.m.  <br>COURT: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Danny D. Brace. Jr., counsel for defendant Luis CASTRO, that the above status conference be rescheduled from this Court's February 23, 2012, calendar, and that the matter be re-calendared for March 29, 2012, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties stipulate that the ends of justice served by granting the parties' request outweigh the best interest of the public and CASTRO in a speedy trial.

IT IS FURTHER STIPULATED that time should be excluded through March 29, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: February 21, 2012         /s/ Paul Hemesath
                                 Paul Hemesath
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: February 21, 2012         /s/ Danny D. Brace
                                 Danny D. Brace
                                 Counsel for Defendant
                                 Luis CASTRO

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: February 24, 2012**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2