DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Luis Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS CASTRO,<br><br>　　　　　Defendant | Case No.: 2:11-cr-00285-MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning March 29, 2012 and extending through May 3, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the March 29, 2012 calendar and be rescheduled to May 3, 2012 at 9:00 a.m..

///

///

1

Respectfully submitted,

Date:   3-28-12                                      By:  /s/ Danny D. Brace, Jr.,
                                                     DANNY D. BRACE, JR.,
                                                     Attorney for
                                                     Luis Castro


Date:   3-28-12                                      By:/s/ Paul Hemesath
                                                     Authorized to sign for Mr. Reardon
                                                     On March 28, 2012
                                                     PAUL HEMESATH
                                                     Assistant U.S. Attorney


**IT IS SO ORDERED.**

**DATED:  March 29, 2012**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2