```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:11-cr-00285-MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER |
| v. | DATE: June 21, 2012 |
| LUIS CASTRO, | TIME: 9:00 a.m. |
| | COURT: Hon. Morrison C. England |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Danny D. Brace. Jr., counsel for defendant Luis CASTRO, that the above status conference be rescheduled from this Court's June 21, 2012, calendar, and that the matter be re-calendared for August 2, 2012, at 9:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations. The parties stipulate that the ends of justice served by granting the parties' request outweigh the best interest of the public and CASTRO in a speedy trial.

IT IS FURTHER STIPULATED that time should be excluded through August 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: June 19, 2012        /s/ Paul Hemesath
                            Paul Hemesath
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: June 19, 2012        /s/ Danny D. Brace
                            Danny D. Brace
                            Counsel for Defendant
                            Luis CASTRO

# O R D E R

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.** The status conference previously scheduled for June 21, 2012 is continued to August 2, 2012, at 9:00 a.m. in Courtroom No. 7.

**Dated: June 21, 2012**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**