

# STUDENT BACKGROUND CHECK ACKNOWLEDGEMENT FORM

I, __Castro, Luis A__, have been made aware of and fully understand that the results of required criminal background checks may prevent my official acceptance and admission to the program to which I have applied. I am aware that my enrollment fee will be forfeited should I receive a non-satisfactory result on my background check. Furthermore, felony and/or misdemeanor convictions or pleadings occurring during my course of study may prevent me from being accepted at a clinical site or externship, if applicable, or obtaining employment in the future.

Similarly, I also may experience limitations and/or restrictions when qualifying for various certifications, professional licenses, or registration exams, if applicable.

I am responsible for inquiring about current employment, certification, licensing, registration, and externship requirements prior to enrolling in the program of study to which I have applied.

By my signature below, I acknowledge my understanding of: (1) the criminal background check procedure and its effect on my enrollment or course of study in the program to which I have applied; (2) the catalog provisions, including Admissions Requirements and Procedures referencing criminal background checks; and (3) the information communicated in this document.

As stated in in the school's catalog, placement assistance is provided to graduates; however, no guarantee of placement or level of income is made or implied.

I have read and understand the above information.

Program Applied For: __CRIMINAL JUSTICE__

__Castro, Luis A.__                __27 Mar 12__
Student Name (Print)                Date

__/s/__
Student Signature

Copies:   Student
          Student File

KHE-855                                           1/8/2010



Rev 29. 2008.July

# Kaplan Higher Education
# Disclosure and Release Form

As part of the requirements for Admission at **Kaplan Higher Education**, I authorize an investigation of my personal information. I understand that the investigation will be conducted upon my completion of the personal information forms at www.KaplanBackgroundCheck.com. The investigation might include, but is not limited to criminal history records (from state, federal and other agencies), social security number trace, residency history, and nationwide sex offender registry. I understand that these records may be used for Admission into the aforementioned school's program. I authorize without reservation the full release of these records and for American DataBank and/or its agents contacted by American DataBank to obtain information.

In addition, I release and discharge American DataBank, and all of its agents and associates, any expenses, losses, damages, liabilities, or any other charges or complaints for the investigative process. I also authorize the full release of the information described above, without any reservation, throughout any duration of my enrollment at **Kaplan Higher Education**. I also certify that all information provided is correct on the application to the best of my knowledge. Any false statements provided will be considered just cause for denial of acceptance.

Upon Request, American DataBank will supply a copy of my report and my rights under the Fair Credit Reporting Act. Requests may be directed to: American DataBank, 910 Sixteenth St. 5th Fl., Denver, CO 80202 or by contacting us at 1-800-200-0853.

< Please Print >

Applicant's Name: __Luis__ __A.__ __Castro__
First        M.I.        Last

Signature: _____ Date: 03 mm/ 27 dd/ 2012 yy

Date of Birth: 05 mm/ 14 dd/ 75 yy (this is used for only criminal and driving records retrieval.)

Social Security Number: 554 - 59 - 1653

Driver's License Number: D3720222  State: CA

Current Address: 2320 P ST #101  Phone Number: 916 420 4865
Street Address
Sacramento   CA   95816   Length of Residency: 2 yr
City        State   ZIP

**American DataBank**
820 Sixteenth St., 8th Fl., Denver, CO 80202  Tel: 303-573-1130
Fax: 1-303-573-1779

# Certificate of Background Verification

Landlord, Property Manager, Employer, Medical Center, Event Management, Romantic Interest, Personal Staff

## LUIS ALBERT CASTRO

Has purchased a background screening check, saving you valuable time and expense.
To view on-line and validate the results of this certificate, go to www.MyBackgroundCheck.com and enter the following:

**Date Completed:** 12/24/2012    **Access Code:** 2630505    **Shared Password:** D2P64

*TRUSTED — Our patent pending process guarantees that background results cannot be altered or forged*

Applicants: Congratulations! By purchasing your own background check, you have saved your prospective employer or landlord time and money. This certificate does not guarantee a position with the employer or landlord, but it is a powerful tool in negotiating any relationship. This certificate can be viewed by any party requesting background check information. We encourage you to include it with all your applications and resumes. Please email info@MyBackgroundCheck.com with any questions.

### Establish Or Expand Your Background Check Program

If you are a business owner, a landlord property manager, a college, medical or care facility and need to screen staff, volunteers and caregivers, we can help your organization, business or group reduce liability and create a safe and secure environment. We will provide you with applications and help you develop your screening program:

- Applicant supplied background check programs which save you time and expense
- Fast on-line application processing which provide applicant certification within 3 business days
- Group programs available

For more information or to receive applications, complete form below and fax to 1-800-503-2371

Name of Business, Property or Interested Party: _____
Send Application to (Address): _____
Contact Number: _____ Email: _____

**Purpose:** (Circle one or more)
Renting Property     Employment
Resume Enhancement   Dating
Organization         Medical Care

www.MyBackgroundCheck.com • PH (800) 503-2364 • info@MyBackgroundCheck.com



# National Fire Protection Association

### Be it known that NFPA recognizes

## LOUIS CASTRO

### as a Member in Good Standing and is entitled to all the rights, honors and privileges of membership.

January 7, 2013
_____
Date of Issue

_James M. Shannon_, President

In witness thereof, the Seal of this Association and the signature of its duly appointed officer is affixed to this certificate.



MEMCERT-04 (6/10) © NFPA 2003

# Emergency Management Institute

This Certificate of Achievement is to acknowledge that



# FEMA

**LUIS A CASTRO**

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-00800.b**
**National Response Framework, An Introduction**

Issued this 4th Day of January, 2013



*Tony Russell*
Superintendent
Emergency Management Institute

0.3 IACET CEU

# Emergency Management Institute

## This Certificate of Achievement is to acknowledge that



# FEMA

### LUIS A CASTRO

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-00700.a**
**National Incident Management System (NIMS)**
**An Introduction**

*Issued this 3rd Day of January, 2013*



*Tony Russell*
Superintendent
Emergency Management Institute

0.3 IACET CEU

# Emergency Management Institute

This Certificate of Achievement is to acknowledge that



# FEMA

## LUIS A CASTRO

has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-00100.b**
**Introduction to Incident Command System**
**ICS-100**

*Issued this 1st Day of January, 2013*



Tony Russell
Superintendent
Emergency Management Institute

0.3 IACET CEU